**Order filed September 22, 2016**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-15-00007-CV
_____

### GOPIKRISHNA P. DORAISWAMY, Appellant

### V.

### PIPING TECHNOLOGY & PRODUCTS, INC., Appellee

**On Appeal from the 333rd District Court
Harris County, Texas
Trial Court Cause No. 2014-53760**

## ORDER

This is an accelerated appeal from an order signed December 10, 2014. On September 29, 2015, the appeal was submitted to the court without oral argument. On October 12, 2015, the parties notified this court that the parties had reached an agreement to settle the issues on appeal, and appellant no longer intended to pursue the appeal. Appellant stated he would be filing a motion to dismiss the appeal.

On February 25, 2016, this court abated this appeal to permit the parties time to file a motion to dismiss the appeal. As of the date of this order, the court has not received a motion to dismiss. Accordingly, we issue the following order.

Unless within 20 days of the date of this order, any party to the appeal files a motion demonstrating good cause to retain this appeal, this appeal will be reinstated and dismissed. The court also will consider an appropriate motion to reinstate the appeal filed by either party, or the court may reinstate the appeal on its own motion.

PER CURIAM

Panel consists of Chief Justice Frost and Justices Christopher and Donovan.